Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2024
```

August 7, 2024

BY ECF

Hon. Margaret M. Garnett
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *Capers v. BSREP UA 3333 Broadway LLC et al.,*
      **24cv3892 (MMG)(SN)**

Dear Honorable Judge Garnett,

    I am writing on behalf of my client, Ms. Tonya Capers ("Plaintiff"), to respectfully request an extension of the deadline to file a motion for default pursuant to Federal Rule of Civil Procedure 55(b)(2), which is currently set for August 16, 2024. This is Plaintiff's first request for an extension of time.

    Due to a preplanned vacation from August 12, 2024 through August 19, 2024, I am seeking a modest extension of the deadline from August 16, 2024 to September 2, 2024. This additional time will provide me with sufficient time to draft the necessary motion papers and meet with the plaintiff.

    The extension will not result in any prejudice towards the defendant, as they are currently in default.

    Thank you in advance for your understanding and consideration.

Respectfully Submitted,

/ James E. Bahamonde

James E. Bahamonde, Esq.

---

Application GRANTED.  It is hereby ORDERED that the default judgment briefing schedule shall be amended as follows:  Plaintiff shall file on ECF a default judgment motion and all supporting papers on or before **September 3, 2024** and Defendants shall file any oppositions to the motion for default judgment on or before **October 3, 2024**.  It is further ORDERED that the September 20, 2024 show cause hearing is ADJOURNED to **Tuesday, October 8, 2024 at 11:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  Plaintiff must serve this Order on Defendants by mail or electronic means or in person service and file proof of such service within 3 business days of the date of this Order.

SO ORDERED.  Dated August 8, 2024.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE