Law Offices of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024

September 3, 2024

**BY ECF**

Hon. Margaret M. Garnett
United States Courthouse
40 Foley Square
New York, NY 10007

RE.   *Capers v. BSREP UA 3333 Broadway LLC et al.,*
      **24cv3892 (MMG)(SN)**

Dear Honorable Judge Garnett,

fix the grammar and clarity of the following letter motion that will be filed in federal court

I am writing on behalf of my client, Ms. Tonya Capers ("Plaintiff"), in connection with the above-referenced case. I respectfully submit this letter motion to request an extension of time to file the motion for default against Defendant Urban American Management NYC, LLC. This is Plaintiff's first request for an extension of time to file a motion for default. Defendant Urban American Management NYC, LLC will not be prejudiced by this extension as it is already in default.

When calendaring the deadline to file the motion, I mistakenly did not account for the Labor Day weekend. As a result, I am delayed in completing the motion. Therefore, I respectfully request a 2-day extension of time to file the motion for default, making the new deadline September 5, 2024.

I appreciate your consideration of this request and thank you in advance for your understanding.

Application DENIED AS MOOT.  After filing this request for an extension of time, Plaintiff filed a motion for default against Urban American Management NYC, LLC.  *See* Dkt. Nos. 31, 32, 33, 34.  Therefore, no extension of time is required.

The Clerk of Court is respectfully directed to terminate Dkt. No. 30.

SO ORDERED.  Dated September 4, 2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.