USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024

# Brill & Associates, P.C.

*Attorneys at Law*
*39 Broadway, 29th Floor*
*New York, New York 10006*
*(212) 374-9101*

HAYDN J. BRILL†

44 Hawthorne Drive
Princeton Junction, N.J.
08550

NY & NJ

September 13, 2024

Via ECF
The Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Squre
New York, New York  10007

       Re:    Capers v. BSREP UA 3333 Broadway LLC
              Docket No. 24-cv-03892-MMG-SN

Dear Judge Garnett:

      We write as counsel to the Defendant BSREP UA 3333 Broadway LLC in the above referenced matter.  Our office was recently advised of a conflicting court appearance for our Initial Scheduling Conference on October 8, 2024 at 11:30.  We have conferred with Plaintiff's counsel concerning the conflict and Plaintiff's counsel advised they would consent to moving the Initial Scheduling conference in this matter to any time after 1:30 p.m. or alternatively, the next day, October 9th, subject, of course, to your Honor's availability.  If neither of those alternatives are available, counsel and our office will confer for alternative dates.

      There have been no prior requests to adjourn the Initial Case Management/Scheduling Conference and we do not believe this request will impact any other scheduled dates in the case.

      We thank the Court for its attention and consideration to this request.

Very truly yours,

**BRILL & ASSOCIATES, P.C.**

By: _____
Haydn J. Brill

HJB/mmi

cc:  James E. Bahamonde, P.C. (via ECF)

---

Application GRANTED.  It is hereby ORDERED that the initial pretrial conference scheduled for October 8, 2024 at 11:30 a.m. shall be ADJOURNED to **Tuesday, October 8, 2024 at 2:00 p.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The Clerk of Court is respectfully directed to terminate Dkt. No. 38.

SO ORDERED.  Dated September 16, 2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE