Law Office of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

April 18, 2025

BY ECF

Hon. Margaret Garnett, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *Capers v. BSREP UA 3333 Broadway LLC et al.,*
        <u>24cv3892 (MMG)(SN)</u>

Dear Judge Garnett:

  I represent Plaintiff Tonya Capers, and pursuant to the Court's order dated March 7, 2025, the parties jointly submit this status letter.

  On February 27, 2025, the parties attended a settlement conference before Magistrate Judge Netburn. While we did not reach a settlement, we agreed to exchange medical authorizations and records and to continue negotiating a potential settlement. Defendants have stated they need to see the medical records before continuing settlement negotiations. Therefore, after the settlement conference, Plaintiff provided Defendants with a medical authorization to obtain copies of her medical records. Parties have submitted the medical authorizations to the medical provider. However, the medical provider has not yet provided copies of the medical records.

  Please note, Parties still have an interest in continuing their dialogue regarding a potential settlement and would request that the Court set a new date for a status report in 45 days. If Parties receive copies of the medical records before the expiration of the 45 days, we will notify the court.

  Thank you for your attention and consideration.

            Respectfully Yours,

            /s/ James E. Bahamonde

            James E. Bahamonde, Esq.

**Law Office of**
**James E. Bahamonde, P.C.**

April 18, 2025
Page  - 2 -

cc:
Haydn Brill, Esq.
Attorneys for Defendants

> It is hereby ORDERED that the parties shall file a status letter regarding their settlement discussions and the pending requests for Plaintiff's medical records, no later than **June 2, 2025**.
>
> SO ORDERED.  Date: 4/23/2025.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE