# Brill & Associates, P.C.

HAYDN J. BRILL[†]

*Attorneys at Law*
*39 Broadway, 29th Floor*
*New York, New York 10006*
*(212) 374-9101*

*New Jersey Office*
*44 Hawthorne Drive*
*Princeton Junction, N.J.*
*08550*

NY & NJ

October 20, 2025

The Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

      Re: Capers v. BSREP UA 3333 Broadway LLC
        Docket No. 24-cv-03892-MMG-SN

Dear Judge Garnett:

  Please be advised that the parties have conferred regarding the above-mentioned matter regarding the addition of the new parties in this action.

  The addition of the new parties will require the evaluation of coverage for the new claims by the insurers and parties themselves.  Our office has no way of knowing if we will be involved with representing the new parties.  Because of the discovery deadline, and prior to the Order permitting Plaintiff to amend the Complaint, the parties had already set aside deposition dates beginning on October 22, 2025.  If our office is not involved with representing the new defendants, depositions may have to be repeated once the new parties appear.

  As previously noted, the new owner has agreed to provide a new apartment to the Plaintiff to accommodate her disabilities.  Defendants BSREP UA 3333 Broadway LLC and UAB Property Management, LLC would like to hold discovery (particularly the depositions) in abeyance for a short period of time to facilitate the appearance of the new parties.  Needless to say, Defendants BSREP UA 3333 Broadway LLC and UAB Property Management, LLC do not intend to delay the prosecution of this action, but do not want to duplicate discovery after the new parties appear.

  Mr. Bahamonde seeks to continue with the depositions as scheduled so this is not a consent application.

  We thank the Court for its time and consideration in this matter and would appreciate a conference to discuss these issues presented .

            Very truly yours,

            BRILL & ASSOCIATES, P.C.

      By: _____

The Hon. Margaret M. Garnett, U.S.D.J.
Page 2 of 2
October 16, 2025

                                                    Haydn J. Brill

HJB/mmi

cc:     James E. Bahamonde, P.C. (via ECF)