Law Office of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

March 3, 2026

**BY ECF**

Hon. Margaret Garnett, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:   *Capers v. BSREP UA 3333 Broadway LLC et al.,*
                  24cv3892 (MMG)(SN)

Dear Judge Garnett:

      I represent Plaintiff Tonya Capers, and, with Defendants' consent, respectfully submit this joint status report to the Court.

      The Parties have successfully reached a settlement and have fully executed an agreement addressing both equitable relief and damages. However, the issue of attorney's fees and costs remains unresolved. If Parties are unable to reach an agreement by March 6, 2026, we have agreed that Plaintiff will submit an application to the District Court for the determination and award of attorney's fees and costs no later than April 6, 2026. Defendants believe that a settlement conference prior to that time may be helpful in resolving this issue, while Plaintiff respectfully disagrees. The Parties have been negotiating the fees for several weeks, and if no agreement is reached by the end of this week, Plaintiff believes a settlement conference would not be productive and therefore does not consent to one.

      Thank you for the Court's attention to this matter.

                                                  Respectfully Submitted,

                                                  /s// James Bahamonde

                                                  James E. Bahamonde

cc:
Haydn Brill
Attorney for Defendants