Law Office of
### JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2026
```

March 3, 2026

**BY ECF**

Hon. Margaret Garnett, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Capers v. BSREP UA 3333 Broadway LLC et al.,*
            *24cv3892 (MMG)(SN)*

Dear Judge Garnett:

    I represent Plaintiff Tonya Capers, and, with Defendants' consent, respectfully submit this joint status report to the Court.

    The Parties have successfully reached a settlement and have fully executed an agreement addressing both equitable relief and damages. However, the issue of attorney's fees and costs remains unresolved. If Parties are unable to reach an agreement by March 6, 2026, we have agreed that Plaintiff will submit an application to the District Court for the determination and award of attorney's fees and costs no later than April 6, 2026. Defendants believe that a settlement conference prior to that time may be helpful in resolving this issue, while Plaintiff respectfully disagrees. The Parties have been negotiating the fees for several weeks, and if no agreement is reached by the end of this week, Plaintiff believes a settlement conference would not be productive and therefore does not consent to one.

    Thank you for the Court's attention to this matter.

---

In light of the Defendants' interest in a settlement conference, the Court notes that it is available on March 18, 19, and 20, before Plaintiff anticipates filing a motion for attorney's fees on April 6. If the parties wish to schedule a settlement conference on those dates, they should notify the Court immediately.

**SO ORDERED.**

                                             _____
                                             SARAH NETBURN
                                       United States Magistrate Judge

Dated: March 4, 2026
        New York, New York