Law Office of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

April 15, 2026

**BY ECF**

Hon. Margaret Garnett, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re.    *Capers v. BSREP UA 3333 Broadway LLC et al.,*
       *24cv3892 (MMG)(SN)*

Dear Judge Garnett:

I represent Plaintiff Tonya Capers, and together with counsel for Defendants, respectfully submit this joint status report to the Court regarding the above-referenced matter.

First, the Parties sincerely apologize for not promptly notifying the Court that they have reached a settlement in this case. The Parties have executed a comprehensive agreement that resolves all outstanding issues, including equitable relief, damages, and attorney's fees and costs. Under the terms of this agreement, Parties agree that a Stipulation and Order of Dismissal will be filed within ten (10) days after Plaintiff's counsel receives the agreed-upon monetary damages and attorney's fees and costs. As per the terms of the agreement, we anticipate that the payment will be made by April 21, 2026, allowing us to proceed with filing of the Stipulation. Should any unforeseen issues arise during the payment process, the Parties will promptly update the Court.

We appreciate the Court's attention to this matter and thank Your Honor for your patience and understanding.

Respectfully Submitted,

/s// James Bahamonde

James E. Bahamonde

cc:
Haydn Brill
Attorney for Defendants