**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

24cv3892 (MMG)(SN)

TONYA CAPERS,

                                Plaintiff

- against -

BSREP UA 3333 BROADWAY LLC, UAB
PROPERTY MANAGEMENT, LLC, 3333
BROADWAY OWNER, LLC and UA2
PROPERTY MANAGEMENT, LLC

                                Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant, incompetent person for whom a committee has been appointed or conservatee and no

person, not a party, has an interest in the subject matter of the action, the above entitled action

be, and the same hereby is discontinued with prejudice, without costs to any party as against the

other.  This stipulation may be filed without further notice with the Clerk of the Court.

DATED: May 14, 2026

LAW FIRM OF JAMES E. BAHAMONDE, P.C.

By:  /s/ James E. Bahamonde_____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel:  (646) 290-8258
james@civilrightsNY.com

BRILL & ASSOCIATES, PC

By:   /s/ Haydn Brill_____

Haydn J. Brill
39 Broadway, 29th Floor
New York, NY 10006
Tel:  212-374-9101
E-mail:  hbrill@brillassociates.com

1

*Attorney for Plaintiff*                    *Attorney for Defendants*

It is so ORDERED this _____ day of _____, 2026.

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT COURT JUDGE

2